```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION
```

UNITED STATES OF AMERICA

v.                                    Case No. 8:15-cr-525-T-33AEP

KYLE CHRISTIAN GAFFNEY
_____/

**ORDER**

This matter is before the Court on Defendant Kyle Gaffney's Motion Requesting a Judicial Recommendation for 6 Months Halfway House Placement (Doc. # 26), filed on August 8, 2016. For the reasons that follow, the Motion is denied.

**Discussion**

On December 30, 2015, a four-count information was filed against Gaffney alleging robbery in violation of 18 U.S.C. § 1951. (Doc. # 1). Pursuant to a plea agreement, Gaffney pled guilty to the charged offenses on December 31, 2015. (Doc. # 3). The Court accepted Gaffney's guilty plea and sentenced him to 15 months in prison. (Doc. ## 14, 23). Gaffney now requests a recommendation from this Court that the Bureau of Prisons place Gaffney in a residential reentry center for the final 6 months of his sentence. (Doc. # 26).

The Bureau of Prisons is responsible for designating the place of a prisoner's confinement, 18 U.S.C. § 3621(b), and is in the best position to determine if Gaffney is eligible for placement in a residential reentry center. For example, the

Bureau is able to monitor Gaffney's conduct during his incarceration and to decide the best course of action with respect to Gaffney's reintegration into the community. The Bureau also has its own procedures and criteria for referring prisoners to residential reentry centers. Thus, the Court defers to the discretion of the Bureau of Prisons.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Kyle Gaffney's Motion Requesting a Judicial Recommendation for 6 Months Halfway House Placement (Doc. # 26) is **DENIED.**

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of August, 2016.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

2